INTERPRETACIÓN DEL CANON XVIII DE ÉTICA JUDICIAL.

*Número:* EM-95-5  *Resuelto:* 24 de agosto de 1995

## RESOLUCIÓN

El Canon XVIII de Ética Judicial[1] vigente, en lo pertinente, dispone:

> El Juez ha de mantener el proceso judicial en un ambiente de solemnidad y respeto. El tomar fotografías o películas en el salón del tribunal durante la celebración de sesiones judiciales o recesos entre dichas sesiones, y el radiodifundir o televisar procedimientos judiciales, restan dignidad al tribunal, pueden distraer al testigo que esté prestando testimonio y pueden obstaculizar el logro de un juicio imparcial, por lo que ello no debe permitirse. Podrá, no obstante, permitirse la toma de fotografías o películas en ocasiones estrictamente ceremoniales. 4 L.P.R.A. Ap. IV-A.

Dentro del significado y espíritu de este canon, es incompatible la práctica de permitir la toma de fotografías,

---

[1] El balance de los intereses involucrados en este canon tiene dimensiones complejas y sensibles. Ante la consideración de este Tribunal se encuentra sometido el Informe de la Conferencia Judicial que recomienda unas enmiendas a este canon.

Mientras el Tribunal considera y resuelve en definitiva si lo enmienda o no, es un imperativo esta resolución que expone el ámbito y alcance bajo el texto actual.

películas o videos sobre los procesos judiciales, incluso de sus recesos entre sesiones, mediante su filmación al mantener, y permitir, abiertas las puertas del salón de sesiones o a través de las pequeñas áreas de cristal transparente de esas puertas. Dicha práctica, o cualquiera afín, tiende a restar el decoro, la solemnidad y el respeto que debe permear en el salón de sesiones del tribunal y, por ende, debe ser descontinuada inmediatamente.

La Oficina de Administración de los Tribunales, a la brevedad posible, comunicará a todos los miembros de la Judicatura una copia de esta resolución.

*Regístrese y publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

> *(Fdo.)* Francisco R. Agrait Lladó
> *Secretario General*